# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135053(12)


GRIEVANCE ADMINISTRATOR,
ATTORNEY GRIEVANCE COMMISSION,
STATE OF MICHIGAN,
            Petitioner-Appellee,

v

PATRICIA COOPER,
            Respondent-Appellant.
_____

SC: 135053
ADB: 06-000036-GA


On order of the Chief Justice, the motion by the Family Law Section of the State Bar of Michigan for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2008

_____
Clerk